FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

10-20514

In re **George Gates, Jr.**
**Luraetta Mayo Gates**

Case No.
Chapter **13**

Debtor(s)

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **George Gates, Jr.** | S.S.# **xxx-xx-3441** |
| | (W) **Luraetta Mayo Gates** | S.S.# **xxx-xx-4995** |
| ADDRESS: | **6738 N Regency Park Cr** | |
| | **Memphis, TN 38115** | |

PLAN PAYMENT: Debtor(s) to pay $ **200**  biweekly  **624 monthly direct pay by debtor wife**
PAYROLL DEDUCTION: yes  OR ( x ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT: **O'Reilly Automotive**  **Spouse's Employer: Mrs. Rhea**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **IRS** | $ **80** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**GMAC Mortgage**  Ongoing pmt. Begin **April 1, 2010**  $ **773**
Approx. arrearage **8,000.00**  Interest **0.00** %  $ **144**

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **-NONE-** | $ | % | $ |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay **TBD** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$1,037.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:
**Gwenthian Hewitt 17,754
Law Offices of Gwenthian Hewitt
5050 Poplar Ave.
Ste. 2400
Memphis, TN 38157
901-844-7144 Fax:901-844-7143**